IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RONALD ROSS HARRIS, #138 921, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:16-CV-243-WHA |
| | ) | [WO] |
| CASSANDRA CONWAY, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION and ORDER**

On June 13, 2018, the Magistrate Judge filed a Recommendation in this case to which no

timely objections have been filed. Doc. 31. Upon an independent review of the file in this case

and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is

hereby ADOPTED, and this case be and is hereby DISMISSED as follows:

1. Defendant's motion for summary judgment (Doc. 13) is GRANTED;

2. This case is DISMISSED with prejudice;

3. Costs are taxed against Plaintiff.

Final Judgment will be entered in favor of Defendant.

Done, this 19th day of July 2018.


    /s/   W. Harold Albritton
    W. HAROLD ALBRITTON
    SENIOR UNITED STATES DISTRICT JUDGE